**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDSOTA DIVISON**

IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE SNAPCHAT USER ACCOUNT ASSOCAITED WITH NATHEN LIST, EMAIL: NATHENLIST@ICLOUD.COM AND/OR PHONE #443-480-4617 STORED BY SNAP, INC

**Case No.7:26-MJ-06**

**Filed Under Seal**

**ORDER**

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Snap, Inc., an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account(s) listed in the warrant) of the existence of the attached warrant until further order of the Court.

The Court determines that there is reason to believe that notification of the existence of the attached warrant will seriously jeopardize the investigation or unduly delay a trial, including by giving targets an opportunity to destroy or tamper with evidence or change patterns of behavior. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Snap Inc. shall not disclose the existence of the attached warrant, or this Order of the Court, to the listed subscriber or to any other person, for a period of one year, except that Snap Inc. may disclose the attached warrant to an attorney for Snap Inc. for the purpose of receiving legal advice.

2

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered

by the Court.

March 10, 2026                         s/Alfreda L. Sheppard

Date                                            ALFREDA L. SHEPPARD
                                                    UNITED STATES MAGISTRATE JUDGE

2